**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 43 EAL 2022

            Respondent               :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

            v.                         :

SIKWA STEEL,                        :

            Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.